IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,　　　　　　　　　CASE

　　　Plaintiff,

vs.

THOMAS CHOI,

　　　Defendant.
_____/

## COMPLAINT

Plaintiff, Karen Pappas, sues Defendant, Thomas Choi, and alleges:

1.　This is a claim for damages in excess of $15,000.00, exclusive of interest and costs.

2.　At all relevant times, Plaintiff, Karen Pappas, was *sui juris* and was a resident of Brevard County, Florida.

3.　Upon information and belief, at all times material hereto, Defendant, Thomas Choi, was *sui juris* and was a resident of Brevard County, Florida, who subsequently became a non-resident or a resident of Florida concealing his whereabouts.

4.　On or about June 9, 2016, Defendant, Thomas Choi, leased, owned and/or maintained a 2011 Toyota Camry motor vehicle that was then and there in the possession and control of Thomas Choi.

5.　On or about June 9, 2016, Defendant, Thomas Choi, was operating said vehicle at or near the SR 528 in Merritt Island, Brevard County, Florida.

6. At that time and place, Defendant, Thomas Choi, owed the Plaintiff, Karen Pappas, the duty to maintain and/or operate said vehicle with ordinary and reasonable care so as not to injure Plaintiff or damage her property.

7. At that time and place, Defendant, Thomas Choi, negligently operated or maintained said vehicle so that he collided with the motor vehicle that Plaintiff, Karen Pappas was a operating.

8. As a result, Plaintiff, Karen Pappas, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer such losses in the future.

Wherefore, Plaintiff, Karen Pappas, demands judgment for damages against Defendant, Thomas Choi, costs of this action, prejudgment interest, trial by jury and for such other relief as the Court may deem just and proper.

Dated: December 30, 2016.

> Douglas R. Beam, P.A.
> 25 West New Haven Avenue, Suite C
> P.O. Box 640
> Melbourne, FL 32902-0640
> (321)723-6591
> (321) 723-5926
> eservice1@dougbeam.com
> eservice2@dougbeam.com
> Lawyers for Plaintiff
>
> By: _____
> Douglas R. Beam
> Florida Bar 0515604