IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,                                     CASE 05-2016-CA-53532

      Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

      Defendants.
_____/

## PLAINTIFF'S REPLY TO DEFENDANT, THOMAS CHOI'S AFFIRMATIVE DEFENSES

Plaintiff, Karen Pappas, replies to Defendant, Thomas Choi's Affirmative Defenses, and states as follows:

1. In response to Plaintiff's First Affirmative Defense labeled as paragraph #1 under the Affirmative Defense section on page 2, denied and Plaintiff demands strict proof thereof.

2. In response to Plaintiff's Second Affirmative Defense labeled as paragraph #2 under the Affirmative Defense section on page 2, denied and Plaintiff demands strict proof thereof.

3. In response to Plaintiff's Third Affirmative Defense labeled as paragraph #3 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

4. In response to Plaintiff's Fourth Affirmative Defense labeled as paragraph #4 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

5. In response to Plaintiff's Fifth Affirmative Defense labeled as paragraph #5 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

6. In response to Plaintiff's Sixth Affirmative Defense labeled as paragraph #6 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

*Plf.'s Reply to Def. Choi's*
*Affirmative Defenses*

      7.      In response to Plaintiff's Seventh Affirmative Defense labeled as paragraph #7 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

      8.      In response to Plaintiff's Eighth Affirmative Defense labeled as paragraph #8 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

      9.      In response to Plaintiff's Ninth Affirmative Defense labeled as paragraph #9 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

      10.      In response to Plaintiff's Tenth Affirmative Defense labeled as paragraph #10 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

      11.      In response to Plaintiff's Eleventh Affirmative Defense labeled as paragraph #11 under the Affirmative Defense section on page 3, denied and Plaintiff demands strict proof thereof.

      12.      Plaintiff demands a jury trial on all issues so triable.

## CERTIFICATE OF SERVICE

I certify that on this 19th day of May 2020, the foregoing document has been provided via electronic transmission through the Florida Courts E-Filing Portal to: Jeffry A. Carter, Conroy Simberg, Two South Orange Ave. Suite 300, Orlando, FL 32801, eserviceorl@conroysimberg.com; jmorrow@conroysimberg.com (attorney for Choi); Damian L. Fletcher, Haldon L. Greenburg, Tyson & Mendes, LLP, 101 NE 3rd Ave. Suite 1500, Fort Lauderdale, FL 33301, DFletcher@tysonmendes.com; HGrenbur@tysonmendes.com (attorneys for Space Ex).

                                                                  Douglas R. Beam, P.A.
                                                                  25 West New Haven Avenue
                                                                  Suite C
                                                                  Melbourne, FL 32901-04463
                                                                  (321) 723-6591
                                                                  (321) 723-5926
                                                                  eservice1@dougbeam.com
                                                                  eservice2@dougbeam.com

*Plf.'s Reply to Def. Choi's*
*Affirmative Defenses*

                                          Attorney for Plaintiff

                            By: /s/ Lori M. Costa
                                        Douglas R. Beam
                                        Florida Bar 0515604
                                        Riley H. Beam
                                        Florida Bar 0100512
                                        Lori M. Costa
                                        Florida Bar 0014198