IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,   CASE 05-2016-CA-53532

    Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

    Defendants.
_____/

**PLAINTIFF'S REPLY TO DEFENDANT, SPACE EXPLORATION TECHNOLOGIES'S AFFIRMATIVE DEFENSES**

Plaintiff, Karen Pappas, replies to Defendant, Space Exploration Technologies d/b/a SPACEX, Affirmative Defenses, and states as follows:

1. In response to Plaintiff's First Affirmative Defense labeled as paragraph #1 under the Affirmative Defenses section on page 4, denied and Plaintiff demands strict proof thereof.

2. In response to Plaintiff's Second Affirmative Defense labeled as paragraph #2 under the Affirmative Defense section on page 4, denied and Plaintiff demands strict proof thereof.

3. In response to Plaintiff's Third Affirmative Defense labeled as paragraph #3 under the Affirmative Defense section on page 4, denied and Plaintiff demands strict proof thereof.

4. In response to Plaintiff's Fourth Affirmative Defense labeled as paragraph #4 under the Affirmative Defense section on page 4, denied and Plaintiff demands strict proof thereof.

5. In response to Plaintiff's Fifth Affirmative Defense labeled as paragraph #5 under the Affirmative Defense section on page 4, denied and Plaintiff demands strict proof thereof.

6. In response to Plaintiff's Sixth Affirmative Defense labeled as paragraph #6 under the Affirmative Defense section on page 4, denied and Plaintiff demands strict proof thereof.

*Plf. Reply to Def. Space Exploration*
*Technologies Affirmative Defenses*

7. In response to Plaintiff's Seventh Affirmative Defense labeled as paragraph #7 under the Affirmative Defense section on page 5, denied and Plaintiff demands strict proof thereof.

8. In response to Plaintiff's Eighth Affirmative Defense labeled as paragraph #8 under the Affirmative Defense section on page 5, denied and Plaintiff demands strict proof thereof.

9. In response to Plaintiff's Ninth Affirmative Defense labeled as paragraph #9 under the Affirmative Defense section on page 5, denied and Plaintiff demands strict proof thereof.

10. In response to Plaintiff's Tenth Affirmative Defense labeled as paragraph #10 under the Affirmative Defense section on page 5, denied and Plaintiff demands strict proof thereof.

11. In response to Plaintiff's Eleventh Affirmative Defense labeled as paragraph #11 under the Affirmative Defense section on page 5, denied and Plaintiff demands strict proof thereof.

12. Plaintiff demands a jury trial on all issues so triable.

## CERTIFICATE OF SERVICE

I certify that on this 11th day of May 2020, the foregoing document has been provided via electronic transmission through the Florida Courts E-Filing Portal to: Jeffry A. Carter, Conroy Simberg, Two South Orange Ave. Suite 300, Orlando, FL 32801, eserviceorl@conroysimberg.com; jmorrow@conroysimberg.com (attorney for Choi); Damian L. Fletcher, Haldon L. Greenburg, Tyson & Mendes, LLP, 101 NE 3rd Ave. Suite 1500, Fort Lauderdale, FL 33301, DFletcher@tysonmendes.com; HGrenbur@tysonmendes.com (attorneys for Space Ex)

                Douglas R. Beam, P.A.
                25 West New Haven Avenue
                Suite C
                Melbourne, FL 32901-04463
                (321) 723-6591
                (321) 723-5926
                eservice1@dougbeam.com
                eservice2@dougbeam.com

*Plf. Reply to Def. Space Exploration*
*Technologies Affirmative Defenses*

Attorney for Plaintiff

By: /s/ Lori Costa
    Douglas R. Beam
    Florida Bar 0515604
    Riley H. Beam
    Florida Bar 0100512
    Lori M. Costa
    Florida Bar 0014198