IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,					CASE 05-2016-CA-53532

    Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

    Defendants.
_____/

## MOTION FOR SPEEDY TRIAL

Plaintiff, Karen Pappas, through undersigned counsel, moves this Honorable Court to advance the trial on the docket pursuant to Section 415.1115, Florida Statutes and states:

1. Karen Pappas is 68 years of age and has health issues.

2. Consideration should be taken for the age and health of Karen Pappas in this matter.

Wherefore, Plaintiff, Karen Pappas, moves this Honorable Court to advance the trial of this matter and place same on a docket for trial.

## CERTIFICATE OF SERVICE

I certify that on this 21st day of May 2020, copies of the foregoing document have been provided via e mail through the Florida Courts E-Filing Portal to: Jeffry A. Carter, Conroy Simberg, Two South Orange Ave. Suite 300, Orlando, FL 32801, eserviceorl@conroysimberg.com; jmorrow@conroysimberg.com (attorney for Choi); Damian L. Fletcher, Haldon L. Greenburg, Tyson & Mendes, LLP, 101 NE 3rd Ave. Suite 1500, Fort

*Motion for Speedy Trial*
*Case 05-2016-CA-53532*

Lauderdale, FL  33301, DFletcher@tysonmendes.com; HGrenbur@tysonmendes.com (attorneys for Space Ex).

                                                Douglas R. Beam, P.A.
                                                25 West New Haven Avenue, Suite C
                                                Melbourne, FL 32901-4463
                                                (321) 723-6591
                                                eservice1@dougbeam.com
                                                eservice2@dougbeam.com
                                                Lawyers for Plaintiff

By:    /s/ Lori Costa
           Douglas R. Beam
           Florida Bar 0515604
           Riley H. Beam
           Florida Bar 0100512
           Lori M. Costa
           Florida Bar 0014198