IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA.

# *ORDER CONTINUING CASE MANAGEMENT CONFERENCE DOCKET*

TO:   ALL ATTORNEYS AND PARTIES ADDRESSED BELOW:

Due to pending Administrative Orders that have suspended non-essential court proceedings due to COVID-19, the Court hereby **CONTINUES** the **case management conference** docket currently set for June 30, 2020 to **Tuesday, September 15, 2020** at **2:00 p.m.** before the undersigned judge at the Moore Justice Center, 2825 Judge Fran Jamieson Way, Viera, FL 22940.

*Due to the Covid-19 pandemic, all parties appearing in person are encouraged to have a face covering readily available when in the courthouse to comply with current CDC recommendations.*


**COUNSEL AND UNREPRESENTED PARTIES ARE REQUIRED TO APPEAR IN PERSON.**

| CASE NUMBER | PARTIES | ATTORNEYS |
|---|---|---|
| 1. 05-2010-CA-013892 | COURTENAY PALMS LLC d/b/a COURTENAY PALMS APARTMENTS V. | A. GIRI |
|  | BRIGHTHOUSE NETWORKS LLC d/b/a BRIGHTHOUSE NETWORKS | F. KRUPPENBACHER |
| 2. 05-2012-CA-045968 | LORI FELLER JAMES MONDELLO, V. | pro se |
|  | R KEITH WILLIAMS R KEITH WILLIAMS PA | R. Keith Williams |
|  | CHRISTINE MONDELLO RICHARD G HALPERN ASSOCIATES INC HALPERN GROUP LLC, | William Johnson |

                                                                                              2.

| | | |
|---|---|---|
| 3.<br>05-2012-CA-065776 | KENT EVANS and<br>DAVID ALI<br>V.<br>KEITH C. KELLY | Stewart Capps<br><br><br>Joseph Wood |
| 4.<br>05-2012-CA-066504 | TD BANK NA<br>V.<br>DARIN ZABOR and<br>TRI-STATE GRADING INC. | Andrea Davis<br><br>pro se<br>pro se |
| 5.<br>05-2014-CA-043717 | CITY OF PALM BAY<br>V.<br>NEFTA CLARK, ET AL | Patricia Smith<br><br>pro se |
| 6.<br>05-2014-053020 | DANIEL ARNETT and<br>SARAH ARNETT<br>V.<br>RAYMOND D ADAMCIK and<br>SUSAN A. ADAMCIK | <br>F. Lee Morrison<br><br>James Torres<br>Irene Fonzi |
| 7.<br>05-2015-CA-013346 | JOSEPH HAIM & SONS JH LTD<br>V.<br>ESO FAIRWAYS LLC, ET AL | Michael Kahn<br>Eric Grabois<br>Brian Wagner<br>Jonathan Yellin |
| 8.<br>05-2015-CA-020674 | EDUCAP INC.<br>V.<br>KARL LUBBERS | Brandon Meadows<br>Austin Hamilton<br>Justin Clark |
| 9.<br>05-2015-CA-038031 | MAX REAL ESTATE<br>V.<br>TOWN SQUARE MERRITT ISLAND LLC,<br>SK PARTNERSHIP, SAMIR ELKABANI | David Larkin<br><br>Scott Blaue<br>pro se |
| 10.<br>05-2015-CA-045703 | COCOA BEACH CITY<br>V.<br>ANDRE LEE DAVIS JOHNSON<br>ELIJAH D. HADLEY<br>TYLER STALLWORTH | Gregory Hansen<br><br>pro se<br>pro se<br>Brynn Brito |

| | | | |
|---|---|---|---|
| 11. | 05-2016-CA-010955 | STEPHEN LONG<br>V.<br>COSTAS MANOUSELIS<br>PATRICIA L. MANOUSELIS | Peter Cardillo<br><br>S. Koons |
| 12. | 05-2016-CA-021748 | JACQUELINE BEHRMANN<br>MARIO DELVA<br>YVETTE ALEXANDRE<br>V.<br>STANLEY NOVAK<br>BIRDIE BARTON<br>EDWARD CHRISTIE | John Leklem<br><br><br><br>M. Riemenschneider |
| 13. | 05-2016-CA-029276 | CURLY EDMONSON<br>MERDESE EDMONSON<br>V.<br>STATE FARM FLORIDA<br>INSURANCE COMPANY | Matthew Struble<br><br><br>Jennifer Valazco |
| 14. | 05-2016-CA-029724 | MELISSA GRABOWSKI<br>V.<br>FIRST PROTECTIVE INSURANCE COMPANY | Matthew Struble<br><br>Melissa Sims |
| 15. | 05-2016-CA-042601 | NATIONAL COLLEGIATE STUDENT LOAN<br>V.<br>VICTORIA D. TEELE<br>SHEILA TEELE | Kevin Spinozza<br><br><br>pro se<br>pro se |
| 16. | 05-2016-CA-046094 | REGIONS BANK<br>V.<br>YONG S CHOI | Paul Burke<br><br>pro se |
| 17. | 05-2016-CA-053532 | KAREN PAPPAS<br>V.<br>THOMAS CHOI | Douglas Beam<br>Jessica Travis<br>Jeffrey Carter |
| 18. | 05-2017-CA-011754 | RICHARD PERRY<br>V.<br>HURRICANE STEEL BUILDINGS LLC,<br>AARON TROY | Michael Faro<br><br>Sheri Alter |

| | | | |
|---|---|---|---|
| 19. | 05-2017-CA-014933 | GGH 10 LLC<br>V.<br>AAA MINI STORAGE<br>BREVARD LLC,<br>ALAN B. AUST | Deborah Marks<br><br>Charles Schillinger<br>Joel Goldfarb |
| 20. | 05-2017-CA-018583 | BAREFOOT BAY<br>RECREATION DISTRICT<br>V.<br>MARIA ELENA TAYLOR<br>ROSE MARIE A. GOIN | Clifford Repperger<br><br><br>pro se<br>pro se |
| 21. | 05-2017-CA-025667 | JOHN SORGENFREI<br>DEANA SORGENFREI<br>V.<br>UNDERWRITERS LLOYD'S<br>OF LONDON | Matthew Struble<br><br><br>Michaela Scheihing |
| 22. | 05-2017-CA-036551 | PEOPLES TRUST INSURANCE<br>LINDA MIGLIORE<br>V.<br>FOUNTAIN ENTERPRISES LLC<br>FOUNTAIN GENERAL CONTRACTING | Alexander Beck<br><br><br>M. Riemenschneider |
| 23. | 05-2017-CA-037261 | RONALD WILLIAMSON<br>REGINA WILLIAMSON<br>V.<br>JACK CULVER<br>STEVE HOSKINS AIR CONDITIONING<br>JUAN LASSERRA<br>BREVARD COUNTY BOARD<br>OF COUNTY COMMISSIONERS | pro se<br>pro se<br><br>Darick Crumbly<br><br>Christopher Fay |
| 24. | 05-2017-CA-038796 | CBF HOLDINGS LLC<br>V.<br>JANET EUGENE<br>UNKNOWN OCCUPANTS | pro se<br><br>pro se<br>pro se |
| 25. | 05-2017-CA-039801 | JENNIFER ENGLAND<br>V.<br>CHAD BRYANT | pro se<br><br>Elizabeth Boan |

| # | Case Number | Parties | Attorneys |
|---|---|---|---|
| 26. | 05-2017-CA-043722 | US BANK<br>V.<br>CAROL DOWNS | Olivia Soden<br><br>pro se |
| 27. | 05-2017-CA-045176 | JOEL RUTH<br>MARITIMUS INTERMUNDIAL CORP<br>V.<br>CHRISTOPHER JAMES<br>DOUBLE ANCHOR SALVAGE INC | Charles George<br><br><br>Woodie Thomas<br>pro se |
| 28. | 05-2017-CA-46535 | AMERICAN EXPRESS<br>V.<br>JOSEPH HARRISON | Lisa Disalle<br><br>pro se |
| 29. | 05-2017-CA-046937 | ELAINE MIDGETTE<br>MELIAS AMMINO<br>V.<br>MARTINE LABBE<br>CORNERSTONE HOME CARE LLC | Eric Nowak<br><br><br>Gary Holland<br>Adina Pollan |
| 30. | 05-2017-CA-056538 | DAVID P HENRY<br>V.<br>JESSICA B CARROLL | pro se<br><br>Stephen Henderson |
| 31. | 05-2018-CA-010396 | M R UNITED INC<br>V.<br>KUTAIBA N ABU-HANNOUD<br>ROTANA HOOKAH CAFÉ | John Soileau<br><br>James Henderson |
| 32. | 05-2018-CA-010629 | KEITH LARSON<br>PAMELA LARSON<br>V.<br>FIRST PROTECTIVE INSURANCE<br>FRONTLINE HOMEOWNERS INSURANCE | Matthew Struble<br><br><br>Evelyn Merchant |
| 33. | 05-2018-CA-012641 | MAGDY GIRGIS<br>ISIS GIRGIS<br>V.<br>FIRST PROTECTIVE INSURANCE<br>FRONTLINE INSURANCE | Matthew Mullinax<br><br><br>Kimberly Innocent |

| | | | |
|---|---|---|---|
| 34. | 05-2018-CA-013564 | ROBERT BASICH<br>WHITNEY BASICH<br>V.<br>BROOK BASICH | pro se<br>pro se<br><br>pro se |
| 35. | 05-2018-CA-014039 | DISCOVERY RESORT INC<br>V.<br>RICHARD HUNT, ET AL | Edward Fitzgerald<br>Curtis Mosley<br>pro se |
| 36. | 05-2018-CA-014047 | ALEXANDRA MYERS<br>V.<br>ATT CORP<br>ATT FLORIDA<br>BELLSOUTH TELECOMMUNICATIONS LLC | David Heil<br><br>Scott Markowitz |
| 37. | 05-2018-CA-020610 | YVONNE COLLINS<br>V.<br>JP MORGAN CHASE BANK | Richard Shuster<br><br>Matthew Morton |
| 38. | 05-2018-CA-033236 | JEFFREY BEEMAN<br>V.<br>MARK S LILES<br>CENTRAL FLORIDA PRINTING GRAPHICS<br>ALLSTAR PRINTING GRAPHICS | James Dressler<br><br><br><br>Aaron Thalwitzer |
| 39. | 05-2018-CA-039592 | PORTFOLIO RECOVERY<br>V.<br>CELESTE BRANT | Joseph Rosen<br><br>James Torres |
| 40. | 05-2018-CA-039814 | JODY BUCKMILLER<br>V.<br>ANTHONY CAMPBELL | Brian Solomon<br><br>Andrea Povilaitis |
| 41. | 05-2018-CA-041870 | THOMAS SZUBA<br>TELETHIA SZUBA<br>V.<br>JACK PLATT<br>CATHERINE PLATT | Adam Bird<br><br><br>Jack Platt |
| 42. | 05-2018-CA-042482 | DISCOVER BANK<br>V.<br>SERGIO CAVAZOS | David Orr<br><br>pro se |

| | | | |
|---|---|---|---|
| 43. 05-2018-CA-046487 | CAPITAL ONE BANK V. RAYMOND MCNEICE | Michael Debski pro se | |
| 44. 05-2018-CA-052567 | BREVARD PHYSICIAN ASSOC LOURDES GONZALEZ-ACEVEDO V. GEICO GENERAL | Richard Shuster Megan Lindsey | |
| 45. 05-2018-CA-053302 | CAPITAL ONE BANK V KARON RITTER | Kevin Spinozza C. Hansley | |
| 46. 05-2018-CA-055351 | LONNIE LAFLAM SR V. KENNETH AYERS JR CHARITY AYERS | Jody Fisher Michael Bross | |
| 47. 05-2018-CA-055732 | BAREFOOT BAY REC DISTRICT V. DAVID BARBOUR DONNA BARBOUR | C. Repperger pro se pro se | |

**DONE AND ORDERED** in Chambers at Viera, Brevard County, Florida this 19th day of May 2020.

_____
**DAVID DUGAN**
**CIRCUIT JUDGE**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service and/or U.S. Mail to All Attorneys and Pro Se listed above, this 19th day of May 2020.


Jennie Buono
Circuit Civil Case Manager

 **If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at**

Court Administration, 2825 Judge Fran Jamieson Way, 3rd floor, Viera, Florida, 32940-8006, (321) 633-2171 ext. 2 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.