IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,                         CASE 50-2016-53532
      Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORP d/b/a SPACEX a foreign profit corporation
and THOMAS CHOI
      Defendants.
_____/

## NOTICE OF TELEPHONIC HEARING

The above matter has been set for hearing as follows:

MATTERS:       Defendant, Space Exploration Technologies Corp d/b/a SpaceX's Answer and Affirmative Defenses and Motion to Dismiss Count I (Docket 26) and Plaintiff's Motion for Speedy Trial (Submission 107829078)

JUDGE:       Honorable David Dugan

DATE AND TIME:       June 19, 2020 at 11:00 a.m. (15 minutes reserved)

PLACE:       Moore Justice Center
2825 Judge Fran Jamieson Way
Melbourne, FL 32940

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of May 2020, copies of the foregoing document have been provided via e mail through the Florida Courts E-Filing Portal to: Jeffry A. Carter, Conroy Simberg, Two South Orange Ave. Suite 300, Orlando, FL 32801, eserviceorl@conroysimberg.com; jmorrow@conroysimberg.com (Attorney for Choi); Damian L. Fletcher, Haldon L. Greenburg, Tyson & Mendes, LLP, 101 NE 3rd Ave. Suite 1500, Fort Lauderdale, FL 33301, dfletcher@tysonmendes.com; hgreenburg@tysonmendes.com (Attorneys for SpaceX).

*Karen Pappas v. Space Exploration Technologies*
*Corp. d/b/a SpaceX and Thomas Choi*
*Case 05-2016-CA-53532*

                                                Douglas R. Beam, P.A.
                                                25 West New Haven Avenue, Suite C
                                                Melbourne, FL 32901-4463
                                                (321) 723-6591
                                                eservice1@dougbeam.com
                                                eservice2@dougbeam.com
                                                Lawyers for Plaintiff

                           By:     /s/ Douglas R. Beam

                                                Douglas R. Beam
                                                Florida Bar 0515604
                                                Riley H. Beam
                                                Florida Bar 0100512
                                                Lori M. Costa
                                                Florida Bar 0014198