# BECA
## Brevard Electronic Court Application

| | | | |
|---|---|---|---|
| Case Number: | 05-2016-CA-053532-XXXX-XX | Case Type: | AN |
| Date Filed: | 12/30/2016 | Case Status: | ORIGINAL PENDING |
| Status Date: | 12/30/2016 | Judge: | DAVID DUGAN |
| Jurisdiction: | CENTRAL | Charging Agency: | NONE |

**Participants**

| Type | Name | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | CHOI THOMAS | | | | | 1456 WOODMONT LN NW | | ATLANTA, GA 30318-2867 |
| ATTORNEY FOR: D1 | CARTER JEFFREY A | | | | | 2 SOUTH ORANGE AVE, STE 300 | | ORLANDO, FL 32801 |
| DEFENDANT (2) | SPACE EXPLORATION TECHNOLOGIES CORP | | | | | CORPORATION SERVICE COMPANY AS RA | 1201 HAYS ST | TALLAHASSEE, FL 32301-2699 |
| ATTORNEY FOR: D2 | GREENBURG HALDON L | | | | | 101 NE 3RD AVE STE 1500 | | FORT LAUDERDALE, FL 33301-1181 |
| ATTORNEY FOR: D2 | FLETCHER DAMIAN M | | | | | 101 NE 3RD AVE SUITE 1500 | | FORT LAUDERDALE, FL 33301 |
| DEFENDANT (3) | SPACEX | | | | | CORPORATION SERVICE COMPANY AS RA | 1201 HAYS ST | TALLAHASSEE, FL 32301-2699 |
| ATTORNEY FOR: D3 | GREENBURG HALDON L | | | | | 101 NE 3RD AVE STE 1500 | | FORT LAUDERDALE, FL 33301-1181 |
| ATTORNEY FOR: D3 | FLETCHER DAMIAN M | | | | | 101 NE 3RD AVE SUITE 1500 | | FORT LAUDERDALE, FL 33301 |
| PLAINTIFF (1) | PAPPAS KAREN | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P1 | BEAM DOUGLAS R | | | | | 25 W NEW HAVEN AVE STE C | | MELBOURNE, FL 32901-4463 |
| ATTORNEY FOR: P1 | TRAVIS JESSICA J | | | | | 1370 BEDFORD DR. SUITE 104 | | MELBOURNE, FL 32940 |

**Register of Actions**

| Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|
| 12/30/2016 | 1 | COMPLAINT WITH DEMAND FOR JURY TRIAL | 2 | |
| 12/30/2016 | 2 | COVER SHEET | 4 | |
| 12/30/2016 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 12/30/2016 | 3 | NOTICE OF TAKING DEPOSITION | 2 | |
| 12/30/2016 | | ASM: CIRCUIT CIVIL FILING FEE | 2 | 401.00 |
| 12/30/2016 | | ASM: ISSUE CIRCUIT SUMMONS | 2 | 10.00 |
| 12/30/2016 | | ORIGINAL FILING UPDATED | 2 | |
| 12/30/2016 | 4 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| 01/03/2017 | | RSGN: CASELOAD REASSIGNMENT | 2 | |
| 01/13/2017 | | ASM: ISSUE CIRCUIT SUMMONS | 2 | 10.00 |
| 01/13/2017 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 01/25/2017 | 5 | NOTICE OF FILING RETURN OF SERVICE | 5 | |
| 01/25/2017 | 6 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |

| Date | # | Description | Pages | Amount |
|---|---|---|---|---|
| 02/15/2017 | | ASM: ISSUE CIRCUIT SUMMONS | 2 | 10.00 |
| 02/15/2017 | 7 | NOTICE OF FILING RETURN OF SERVICE | 5 | |
| 02/15/2017 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 02/17/2017 | 8 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| 03/16/2017 | 9 | NOTICE OF FILING RETURN OF SERVICE | 5 | |
| 03/17/2017 | 10 | NOTICE OF SERVICE OF INTERROGATORIES | 11 | |
| 03/17/2017 | 11 | REQUEST TO PRODUCE | 4 | |
| 03/17/2017 | 12 | NOTICE OF APPEARANCE | 1 | |
| 03/17/2017 | 13 | NOTICE OF ATTORNEY DESIGNATION OF EMAIL ADDRESSES | 2 | |
| 03/17/2017 | 14 | ANSWER AND AFFIRMATIVE DEFENSES | 4 | |
| 04/17/2017 | 15 | MOTION FOR EXTENSION | 2 | |
| 05/09/2017 | 16 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 1 | |
| 05/09/2017 | 17 | RESPONSE TO REQUEST TO PRODUCE | 2 | |
| 05/09/2018 | 18 | NOTICE OF PRODUCTION FROM NON-PARTY | 2 | |
| 09/01/2018 | | RSGN: CASELOAD REASSIGNMENT | 2 | |
| 11/16/2018 | | TO BE REASSIGNED TO JUDGE DUGAN AS OF 01-01-2019 | 2 | |
| 01/01/2019 | | RSGN: CASELOAD REASSIGNMENT | 2 | |
| 01/29/2020 | 19 | ORDER SETTING CASE MANAGEMENT CONFERENCE | 3 | |
| 02/07/2020 | 20 | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT | 10 | |
| 03/17/2020 | | CAL:CASE MGMNT CONFERENCE | 2 | |
| 03/17/2020 | | CR: CASE MGMNT CONF HEARD | 2 | |
| 03/18/2020 | 21 | ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 2 | |
| 03/18/2020 | 22 | AMENDED COMPLAINT | 8 | |
| 03/23/2020 | | ASM: ISSUE CIRCUIT SUMMONS | 2 | 10.00 |
| 03/23/2020 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| 03/25/2020 | 23 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| 04/15/2020 | 24 | ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 8 | |
| 04/16/2020 | 25 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| 05/04/2020 | 26 | ANSWER AND AFFIRMATIVE DEFENSES | 11 | |
| 05/07/2020 | 27 | REQUEST TO PRODUCE | 9 | |
| 05/07/2020 | 28 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |
| 05/11/2020 | 29 | REPLY TO AFFIRMATIVE DEFENSES | 3 | |
| 05/19/2020 | 30 | REPLY TO AFFIRMATIVE DEFENSES | 3 | |
| 05/19/2020 | 31 | ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 8 | |
| 05/21/2020 | 32 | CIVIL MOTION FOR SPEEDY TRIAL | 2 | |
| 05/22/2020 | 33 | AMENDED REPLY, ANSWER, OR RESPONSE | 5 | |
| 05/26/2020 | | CAL:CASE MGMNT CONFERENCE | 2 | |
| 05/26/2020 | | CR: CASE MGMNT CONF CANCELLED | 2 | |
| 06/30/2020 | | CAL:CASE MGMNT CONFERENCE | 2 | |
| 06/30/2020 | | CR: CASE MGMNT CONF CONT BY CT | 2 | |
| 09/15/2020 | | CAL:CASE MGMNT CONFERENCE | 2 | |
| | | **Total Number of Document Pages** | **186** | |

## Complaints

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 12/30/2016 | AUTO NEGLIGENCE | | |

## Payments

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|
| S167951 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 03/28/2020 | $10.00 | REGULAR CASH | DOUGLAS R BEAM PA |
| S86965 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 02/19/2017 | $10.00 | REGULAR CASH | DOUGLAS R BEAM PA |
| S85272 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 01/26/2017 | $10.00 | REGULAR CASH | BEAM DOUGLAS R |
| S83819 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 01/03/2017 | $10.00 | REGULAR CASH | BEAM DOUGLAS R |

| S83819 | P 1 | | PMT: CIRCUIT CIVIL FILING FEE | 01/03/2017 | $401.00 | REGULAR CASH | BEAM DOUGLAS R |

## Past Court Schedule

| Date | Time | Judge | Matter Type | Result |
|---|---|---|---|---|
| 03/17/2020 | 14:00 | DAVID DUGAN | CASE MANAGEMENT CONFERENCE | CR: CASE MGMNT CONF HEARD |
| 05/26/2020 | 14:00 | DAVID DUGAN | CASE MANAGEMENT CONFERENCE | CR: CASE MGMNT CONF CANCELLED |

## Judge History

| Date Assigned | Case Type | Judge | Description |
|---|---|---|---|
| 12/30/2016 | AUTO NEGLIGENCE | GEORGE W. MAXWELL III | INITIAL ASSIGNMENT |
| 01/03/2017 | AUTO NEGLIGENCE | TONYA B. RAINWATER | RSGN: CASELOAD REASSIGNMENT |
| 09/01/2018 | AUTO NEGLIGENCE | PRESIDING JUDGE DIVISION G | RSGN: CASELOAD REASSIGNMENT |
| 01/01/2019 | AUTO NEGLIGENCE | DAVID DUGAN | RSGN: CASELOAD REASSIGNMENT |