# UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

CASE NO.: 6:20-cv-00900-WWB-DCI

KAREN PAPPAS,

    Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORP d/b/a SPACEX a foreign profit corporation
and THOMAS CHOI

    Defendants.
_____/

## DEFENDANT'S, SPACE EXPLORATION TECHNOLOGIES CORP. NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with this Court's Order and Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 29th day May, 2020, a true and correct copy of the above and foregoing Corporate Disclosure Statement was filed with the Clerk of the above styled Court using eFiling Portal.

                TYSON & MENDES LLP

        By:  /s//DAMIAN M. FLETCHER
                Damian M. Fletcher, Trial Counsel
                Florida Bar No. 0056499
                101 NE 3rd Avenue, Suite 1500
                Ft. Lauderdale, FL  33301
                T:  954-332-3823
                DFletcher@tysonmendes.com
                HGreenbur@tysonmendes.com

Defendant SpaceX Certificate of
Interested Persons and Corporate Disclosure

**SERVICE LIST**
Douglas R. Beam, Esq.
Riley H. Beam, Esq.
Douglas R. Beam, P.A.
25 W New Haven Ave.
Suite C
Melbourne, FL 32901
Tel:  (321)723-6591
Email: eservice1@dougbeam.com
 Eservice2@dougbeam.com

*Attorneys for Plaintiff*

Jeffrey A. Carter, Esq.
CONROY SIMBERG
Two South Orange Ave.
Suite 300
Orlando FL 32801
Tel:
Email:  eservice@conroysimberg.com
 jcarter@conroysimberg.com

*Attorney for Defendant Thomas Choi*