UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-00900-WWB-DCI

KAREN PAPPAS,

    Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORP d/b/a SPACEX a foreign profit corporation
and THOMAS CHOI

    Defendants.
_____/

**DEFENDANT'S, SPACE EXPLORATION TECHNOLOGIES CORP.
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE**

The undersigned counsel of record for Defendant SPACE EXPLORATION TECHNOLIGIES CORP d/b/a SPACEX, pursuant to Rule 7.1 and this Court's Order hereby discloses the following:

1. SpaceX does not have a parent corporation, and no publicly traded company owns more than ten percent of SpaceX.

2. There is no other entity whose publicly-traded stock, equity, or debt that will be substantially affected by the outcome of the proceedings.

3. Those persons who may have an interest in the outcome of this action include:

    a. Karen Pappas, the plaintiff.

    b. Thomas Choi, defendant.

    c. Space Exploration Technologies, defendant

    d. Defendants' insurers.

    e. Counsel for all parties to this litigation.

4. I certify that I am unaware of any actual or potential conflict of interest involving the

Defendant SpaceX Certificate of
Interested Persons and Corporate Disclosure

District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 29th day May, 2020, a true and correct copy of the above and foregoing Corporate Disclosure Statement was filed with the Clerk of the above styled Court using eFiling Portal.

        TYSON & MENDES LLP

     By: /s//DAMIAN M. FLETCHER
       Damian M. Fletcher, Trial Counsel
       Florida Bar No. 0056499
       101 NE 3rd Avenue, Suite 1500
       Ft. Lauderdale, FL  33301
       T:  954-332-3823
       DFletcher@tysonmendes.com
       HGreenbur@tysonmendes.com

**SERVICE LIST**
Douglas R. Beam, Esq.
Riley H. Beam, Esq.
Douglas R. Beam, P.A.
25 W New Haven Ave.
Suite C
Melbourne, FL 32901
Tel:  (321)723-6591
Email: eservice1@dougbeam.com
    Eservice2@dougbeam.com

*Attorneys for Plaintiff*

Jeffrey A. Carter, Esq.
CONROY SIMBERG
Two South Orange Ave.
Suite 300
Orlando FL 32801
Tel:
Email:  eservice@conroysimberg.com
    jcarter@conroysimberg.com

*Attorney for Defendant Thomas Choi*