Filing # 53847325 E-Filed 03/16/2017 04:44:27 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,  CASE: 05-2016-CA-53532

 Plaintiff,

vs.  **PLURIES SUMMONS**

THOMAS CHOI,

 Defendant.
_____/

**NOTICE OF FILING RETURN OF SERVICE**

The undersigned attorney, Douglas R. Beam, files this Notice of Filing for the following:

Return of Service and Pluries Summons as to Defendant, Thomas Choi.

Dated this 16 day of March, 2017.

> Douglas R. Beam, P.A.
> 25 West New Haven Avenue, Suite C
> P.O. Box 640
> Melbourne, FL 32902-0640
> (321) 723-6591
> (321) 723-5926
> eservice1@dougbeam.com
> eservice2@dougbeam.com
> Lawyers for Plaintiff
>
> By: _/s/ Jessica Travis_
> Douglas R. Beam
> Florida Bar 0515604
> Jessica J. Travis
> Florida Bar 76701

EXHIBIT B

# RETURN OF SERVICE

**State of FLORIDA**    **County of BREVARD**    **18th Judicial Circuit Court**

Case Number: 05-2016-CA-53532

Plaintiff:
**KAREN PAPPAS**
vs.
Defendant:
**THOMAS CHOI**

For: Douglas Beam
Douglas R. Beam, Esq.

Received by JOSEPH CARRANO INVESTIGATIONS on the 21st day of February, 2017 at 1:53 pm to be served on **THOMAS CHOI, 2061 OLD GEORGIAN TERRACE NW, ATLANTA, GA 30318-1073**. I, Michael Rivers, do hereby affirm that on the 4th day of March, 2017 at 2:30 p.m., executed service by delivering a true copy of the **PLURIES SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _Michael Ng_ as _Co-resident_

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Michael Rivers_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**JOSEPH CARRANO INVESTIGATIONS**
927 E. New Haven Ave
Room 202
Melbourne, FL 32901
(321) 723-0120
Our Job Serial Number: 2017000176

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

Filing # 52555133 E-Filed 02/15/2017 04:28:33 PM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

KAREN PAPPAS,                              CASE: 05-2016-CA-53532

    Plaintiff,

vs.                                         **PLURIES SUMMONS**

THOMAS CHOI,

    Defendant.
_____/

TO:  Thomas Choi
      2061 Old Georgian Ter NW
      Atlanta, GA 30318-1073

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una

00108603-1                                      1

llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberea usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligaitons juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff/Plaintiff's Attorney
Douglas R. Beam
Douglas R. Beam, P.A.
Suite C, 25 W. New Haven Ave.
P.O. Box 640
Melbourne, FL 32902-0640
(321) 723-6591
Florida Bar 0515604
Attorney for Plaintiff

♿ If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration, 2825 Judge Fran Jamieson Way, 3rd floor, Viera, Florida, 32940-8006, (321) 633-2171 ext. 2 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant(s):

TO:   Thomas Choi
      2061 Old Georgian Ter NW
      Atlanta, GA 30318-1073

DATED: February __17__, 2017.

(SEAL)

CLERK OF THE CIRCUIT COURT
SCOTT ELLIS
As Clerk of the Court

By: _C_____  🅢
    Deputy Clerk