Filing # 107123175 E-Filed 05/06/2020 11:56:24 AM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO.: 50-2016-53532-XXXX-XX

KAREN PAPPAS,

    Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORP d/b/a SPACEX a foreign profit corporation
and THOMAS CHOI

    Defendants.
_____/

## DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO PLAINTIFF

COMES NOW Defendant, SPACE EXPLORATION TECHNOLOGIES CORP. d/b/a SPACEX, (hereinafter "Defendant") by and through its undersigned counsel, and files this Notice of Serving First Set of Interrogatories to Plaintiff, KAREN PAPPAS, to be answered within thirty (30) days of service herein, in accordance with the Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 6th day May 2020, a true and correct copy of the above and foregoing Defendant's Notice of Serving Interrogatories propounded to Plaintiffs was filed with the Clerk of the above styled Court using eFiling Portal. We also certify that the foregoing Notice of Serving Interrogatories and the Interrogatories were served this day on all counsel of record identified on the attached Service List via electronic mail.



Defendant Space Exploration Technologies, Corp's<br>
Notice of Serving Interrogatories to Plaintiff<br>
50-2016-53532-XXXX-XX

Dated: May 6, 2020

TYSON & MENDES LLP

By:   /s/ Haldon L. Greenburg
     Damian M. Fletcher: FNB- 54699
     Haldon Greenburg: FNB -101735
     Counsel for Defendant
     101 NE 3rd Avenue,
     Suite 1500
     Fort Lauderdale, FL 33301
     954-332-3823
     dfletcher@tysonmendes.com
     hgreenburg@tysonmendes.com

**SERVICE LIST**
Douglas R. Beam, Esq.
Riley H. Beam, Esq.
Douglas R. Beam, P.A.
25 W New Haven Ave.
Suite C
Melbourne, FL 32901
Tel: (321)723-6591
Email: eservice1@dougbeam.com
       Eservice2@dougbeam.com

*Attorneys for Plaintiff*

Jeffrey A. Carter, Esq.
CONROY SIMBERG
Two South Orange Ave.
Suite 300
Orlando FL 32801
Tel:
Email: eservice@conroysimberg.com
       jcarter@conroysimberg.com

*Attorney for Defendant Thomas Choi*

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO.: 50-2016-53532-XXXX-XX

KAREN PAPPAS,

    Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORP d/b/a SPACEX a foreign profit corporation
and THOMAS CHOI

    Defendants.
_____/

### SPACE EXPLORATION TECHNOLOGIES CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

COMES NOW Defendant, SPACE EXPLORATION TECHNOLOGIES CORP. d/b/a SPACEX, (hereinafter "Defendant") by and through its undersigned counsel, and propounds the attached Interrogatories to Plaintiff, KAREN PAPPAS, to be answered within thirty (30) days of service herein, in accordance with the Florida Rules of Civil Procedure.

### DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint. If so list the names, business addresses, dates of employment, and rates of pay regarding all employers, including self-employment, for whom you have worked in the past 10 years. Also state the nature of the income, benefits, or earning capacity, and the amount and method that you used in computing the amount.

3. List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each

Defendant Space Exploration Technologies
First Interrogatories to Plaintiff
50-2016-53532-XXXX-XX

address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.

4. Do you wear glasses, contact lenses, or hearing aids? If so, who prescribed them, when were they prescribed, when were your eyes or ears last examined, and what is the name and address of the examiner?

5. Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

6. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?

7. Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the complaint? If so, state the type of alcoholic beverages, drugs, or medication which were consumed, and when and where you consumed them.

8. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

9. Describe each injury for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and, as to any injuries you contend are permanent, and the effects on you that you claim are permanent.

10. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address of the person or entity to whom each was paid or is owed, and the goods or services for which each was incurred.

Defendant Space Exploration Technologies
First Interrogatories to Plaintiff
50-2016-53532-XXXX-XX

**PROVIDER**          **DATE INCURRED**          **AMOUNT OF EXPENSE**

11. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right of subrogation.

12. Has anything been paid or is anything payable from any named party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, and the name and address of the person or entity who paid or owes said amount, and which if any of those parties have a claim or right of subrogation.

13. List the names and business addresses of each physician who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

14. Aside from those identified in your answer to interrogatory #13, list the names and business addresses of all other physicians, medical facilities, or other health care providers by whom or at which you have been examined or treated in the past 10 years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

15. List names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

16. Have you heard or do you know about any statement or remark made by or on behalf of any party or non-party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or

statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

17. State the name and address of every person known to you, your agents, or your attorneys, who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, audio recording, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

18. Please state whether you are a Medicare or Medicaid beneficiary or when you expect to begin receiving Medicare or Medicaid benefits. If so, please provide:

a) Your Medicare or Medicaid Identification Number

b) The date your entitlement began or will begin

c) Whether any claims for your medical care related to the injuries alleged in the Complaint have been paid by, or filed with, Medicare or Medicaid. If so, please list said medical claims and the amounts paid.

19. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

20. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

21. Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, of the action, and the date and court in which such suit was filed.

22. State whether you have ever applied for and/or received the payment of any benefits under the Florida Workers' Compensation Act. If so, state when and at what office the application was made or benefits received; state the total amount of compensation, if any, received; and, state the name and address of each physician consulted or utilized by you in conjunction with the application or receipt of compensation.

23. Had you at any time before or after the incident described in your Complaint ever sustained bodily injuries of any kind by or through an accident or incident of any type, kind, or character? If so, as to each such accident or incident, state: the full names and complete addresses of other parties involved; the date and time it occurred; where it occurred, giving city, county, and state; all injuries you sustained; and, the full names and complete addresses and specialty, if any, of the treating and consulting physicians or doctors.

24. With regard to each and every collateral source of indemnity, as defined in Florida Statutes Section 768.76, which is available to you and which may provide indemnity for the injury or damage which you claim in this lawsuit, please state the name an policy number of, and the amount of benefits paid or payable by, the following:

a) Any group health insurance policy including any employer-provided or work related group policy;

b) Any private health insurance policy or benefits available by any health maintenance organization or similar health care provider.

c) Any governmental benefits, including Social Security, Medicare, Medicaid, and disability insurance of any source.

d) Any wage continuation plan or other benefits provided by your employer; and,

e) Other provider of benefits as defined by Florida Statutes Section 768.76

Defendant Space Exploration Technologies
First Interrogatories to Plaintiff
50-2016-53532-XXXX-XX

I HAVE READ THE FOREGOING ANSWERS TO INTERROGATORIES AND DO SWEAR THAT THEY ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____
AFFIANT
Print name: _____

STATE OF FLORIDA   )
                   ) ss:
COUNTY OF _____ )

BEFORE ME, the undersigned authority, personally appeared _____, who after first being duly sworn acknowledged that aforementioned answers are true and correct to the best of his/her knowledge and belief.
WITNESS my hand and official seal in the State and County last aforesaid this ____ day of _____, 2020.

_____
Notary Public, State of Florida

Print Name: _____

My Commission Expires: