UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:

KAREN PAPPAS,

      Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES
CORP d/b/a SPACEX a foreign profit corporation
and THOMAS CHOI

      Defendants.

_____/

## DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP. NOTICE OF REMOVAL

      PLEASE TAKE NOTICE that defendant Space Exploration Technologies Corp. ("SpaceX") hereby removes the action with case number 50-2016-53532 from the Circuit Court in the Eighteenth Judicial Circuit for the County of Brevard to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446(b)(3).  Removal of this action on the basis of diversity jurisdiction is proper for the following reasons:

1. Plaintiff filed her Amended Complaint in state court as Case No. 50-2016-53532 on March 23, 2020. The Summons and Amended Complaint are attached hereto as, **Exhibit A.**  SpaceX filed its Answer and Affirmative Defenses on May 4, 2020.  See **Exhibit B**.

2. Plaintiff Karen Pappas ("Plaintiff") alleges on June 9, 2016 she was involved in an automobile accident with co-defendant Thomas Choi ("Co-defendant") resulting in bodily injury, pain and suffering, as well as past and future medical care.  Ex. A, Complaint, ¶ 7-8.  She also alleges that SpaceX was negligent in allowing co-defendant Choi, an intern, to drive while intoxicated. **Ex. A**, Complaint, ¶ 19-21. And she further alleges that SpaceX is vicariously liable for co-



defendant Choi's negligence.  **Ex. A**, Complaint, ¶ 34-35.

3.  This is a civil action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by SpaceX pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, as set forth more fully below.

4.  The amount in controversy exceeds $75,000 and thus exceeds the jurisdictional minimum of this Court, as set forth below. Medical bills are attached as **Ex. C.**

> *Past Medical Specials*:
>
> | | |
> |---|---|
> | Brevard County Fire Rescue | $556.08 |
> | Cape Canaveral Hospital | $18,900.20 |
> | Brevard Physician Associations | $103.00 |
> | Coastal Health Systems of Brevard | $835.00 |
> | Holmes Regional Med Center | $993.78 |
> | Holmes Regional Med Center | $80,397.13 |
> | Holmes Regional Med Center | $1,148.78 |
> | Wuesthoff Med Ctr-Rockledge | $3,290.00 |
>
> Total Billed:  $106,223.97

5.  There is complete diversity of citizenship in that SpaceX is, and at all relevant times was, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Hawthorne, California.  Accordingly, at the time of the filing of this Notice of Removal, SpaceX was and is a citizen of California and Delaware.

6.  As alleged in the Complaint, Plaintiff resides in Brevard County, Florida is and at all relevant times was a citizen of Florida. Complaint, ¶ 2.

7.  Co-defendant, Thomas Choi was a permanent resident of Georgia at the time of the accident and when he was served with process. See Return of Service of Summons to Thomas Choi,

Notice of Removal by
Space Exploration Technologies

**Ex. D**. Therefore, complete diversity exists between Plaintiff, Choi and SpaceX.

8.  The Summons, the Complaint, and all documents served with the Summons and Complaint, true and correct copies of which are attached hereto as **Ex. A and B**, constitute the entire process and pleadings filed in the state court action.

9.  Removal is timely under 28 U.S.C. § 1446(b)(3) because SpaceX is seeking removal within 30 days of receiving the documents from which SpaceX could first ascertain the existence of federal jurisdiction. Specifically, SpaceX first received Plaintiff's medical records and bills on May 5, 2020. Presumably these documents will serve as evidence of the costs of Plaintiff's past medical treatment and were in any event the first documents from which SpaceX could meaningfully assess the amount in controversy in this case.

10. Written notice of the filing of this Notice of Removal has been given to all adverse parties and a copy has been filed with the Clerk of the Eighteenth Judicial Circuit Court, Brevard County, Florida in accordance with the provisions of 28 U.S.C. § 1446(d).

11. Co-defendant Choi does not object to Removal.  Plaintiff Pappas does object to Removal.


WHEREFORE, Space Exploration Technologies Corp. prays that this action in the Eighteenth Circuit Court in and for Brevard County be removed to this Court.


DATED:    May 27, 2020                    TYSON & MENDES LLP
                                          101 N.E. Third Ave., Suite 1500
                                          Fort Lauderdale, FL 33301
                                          (954)323-3823
                                          dfletcher@tysonmendes.com


                                          By: */s/ Damian M. Fletcher*
                                              Damian M. Fletcher, Bar#0056499
                                              Attorneys for Defendant
                                              Space Exploration Technologies Corp.