UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAREN PAPPAS,                                                    CASE 6:20-CV-00900-WWB-DCI

    Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. Karen Pappas
    b. Douglas R. Beam, Esquire
    c. Lori M. Costa, Esquire
    d. Riley Beam, Esquire
    e. Douglas R. Beam, P.A.
    f. Space Exploration Technologies
    g. SpaceX
    h. Damian M. Fletcher, Esquire
    i. Tyson & Mendes, LLP
    j. Thomas Choi
    k. Jeffrey Carter, Esquire
    l. Conroy Simberg

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. Unknown to Plaintiff.

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    a. Unknown to Plaintiff.

4.)     the name of each victim (individual and corporate), including every person who may be entitled to restitution:

    a. Karen Pappas

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    Respectfully submitted,

    */s/ Douglas R. Beam*
    DOUGLAS R. BEAM
    Florida Bar 0515604
    Lori M. Costa
    Florida Bar 0014198
    Douglas R. Beam, P.A.
    25 West New Haven Avenue, Suite C
    Melbourne, FL 32902-0640
    Phone (321) 723-6591
    Fax (321) 723-5926
    eservice1@dougbeam.com
    eservice2@dougbeam.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on **June 4, 2020,** a copy of the foregoing was provided via email to the email address of record for this case in the CM/ECF database for all counsel identified below, or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notification:

Counsel for Defendant, SpaceX
**Damian M. Fletcher**
Tyson & Mendes, LLP
101 N.E. Third Ave., Suite 1500
Fort Lauderdale, FL  33301
(954) 323-3823
dfletcher@tysonmendes.com

Counsel for Defendant, Choi
**Jeffrey A. Carter**
Conroy Simberg
Two South Orange Ave.
Suite 300
Orlando, FL  32801
eservice@conroysimberg.com
jcarter@conroysimberg.com