UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAREN PAPPAS,   CASE 6:20-CV-00900-WWB-DCI

   Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

   Defendants.
_____/

**NOTICE OF PENDENCY OF**
**OTHER ACTIONS**

In accordance with Local Rule (Select 1.04(d), I certify that the instant action:

☐   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

**x**   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: 4th day of June, 2020

Respectfully submitted,

*/s/ Douglas R. Beam*
DOUGLAS R. BEAM
Florida Bar 0515604
Lori M. Costa
Florida Bar 0014198
Douglas R. Beam, P.A.
25 West New Haven Avenue, Suite C
Melbourne, FL 32902-0640
Phone (321) 723-6591
Fax (321) 723-5926
eservice1@dougbeam.com
eservice2@dougbeam.com

## CERTIFICATE OF SERVICE

I CERTIFY that on **June 4, 2020,** a copy of the foregoing was provided via email to the email address of record for this case in the CM/ECF database for all counsel identified below, or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notification:

Counsel for Defendant, SpaceX
**Damian M. Fletcher**
Tyson & Mendes, LLP
101 N.E. Third Ave., Suite 1500
Fort Lauderdale, FL  33301
(954) 323-3823
dfletcher@tysonmendes.com

Counsel for Defendant, Choi
**Jeffrey A. Carter**
Conroy Simberg
Two South Orange Ave.
Suite 300
Orlando, FL  32801
eservice@conroysimberg.com
jcarter@conroysimberg.com