1614463

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-CV-00900-WWB-DCI

KAREN PAPPAS,

  Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES CORP
d/b/a SPACEX, a foreign profit corporation, and
THOMAS CHOI,

  Defendants.
_____/

## DEFENDANT THOMAS CHOI'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action is NOT related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing

CASE NO.: 6:20-CV-00900-WWB-DCI

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DATED this 5th day of June, 2020.

By: **/s/ Jeffrey A. Carter**
Jeffrey A. Carter, Esquire
Florida Bar No. 090832
Conroy, Simberg, P.A.
Two South Orange Avenue, Suite 300
Orlando, Florida 32801
Attorney for Thomas Choi
(407) 649 9797 Telephone
(407) 649 1968 Facsimile
e-mail: jcarter@conroysimberg.com

CASE NO.: 6:20-CV-00900-WWB-DCI

# SERVICE LIST

KAREN PAPPAS V. SPACE EXPLORATION TECHNOLOGIES CORP., ET AL.
CASE NO. 6:20-CV-00900-WWB-DCI
United States District Court, Middle District of Florida

Douglas R. Beam, Esquire
eservice1@dougbeam.com
eservice2@dougbeam.com
Douglas R. Beam, P.A.
25 West New Haven Avenue, Suite C
Melbourne, FL  32902-0640
Attorney for Karen Pappas
727-894-3535 Telephone
727-502-9621 Facsimile
Served via electronic filing

Damian M. Fletcher, Esq.
dfletcher@tysonmendes.com
Tyson & Mendes, LLP
101 N.E. Third Ave., Suite 1500
Fort Lauderdale, FL 33301
Attorney for Space Exploration
Technologies Corp.
954-323-3823 Telephone
Served via electronic filing