1614463

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-CV-00900-WWB-DCI

KAREN PAPPAS,

  Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES CORP
d/b/a SPACEX, a foreign profit corporation, and
THOMAS CHOI,

  Defendants.
_____/

## DEFENDANT, THOMAS CHOI'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, THOMAS CHOI, by and through its undersigned counsel, hereby provides the following disclosures:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have had an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    1) **Thomas Choi**

    2) **Jeffrey Carter, Esq.**

    3) **Conroy, Simberg, P.A.**

    4) **Karen Pappas**

    5) **Douglas R. Beam, Esq.**

    6) **Lori M. Costa, Esq.**

    7) **Riley Beam, Esq.**

    8) **Douglas R. Beam, P.A.**

    9) **Space Exploration Technologies Corp.**

    10) **Damian M. Fletcher, Esq.**

    11) **Tyson & Mendes, LLP**

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None known.**

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None known.**

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Karen Pappas.**

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to

this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED this 11th day of June, 2020.

> By: **/s/ Jeffrey A. Carter**
> Jeffrey A. Carter, Esquire
> Florida Bar No. 090832
> Conroy, Simberg, P.A.
> Two South Orange Avenue, Suite 300
> Orlando, Florida 32801
> Attorney for Thomas Choi
> (407) 649 9797 Telephone
> (407) 649 1968 Facsimile
> e-mail: jcarter@conroysimberg.com

## **SERVICE LIST**

KAREN PAPPAS V. SPACE EXPLORATION TECHNOLOGIES CORP., ET AL.
CASE NO. 6:20-CV-00900-WWB-DCI
United States District Court, Middle District of Florida

Douglas R. Beam, Esquire
eservice1@dougbeam.com
eservice2@dougbeam.com
Douglas R. Beam, P.A.
25 West New Haven Avenue, Suite C
Melbourne, FL  32902-0640
Attorney for Karen Pappas
727-894-3535 Telephone
727-502-9621 Facsimile
Served via electronic filing

Damian M. Fletcher, Esq.
dfletcher@tysonmendes.com
Tyson & Mendes, LLP
101 N.E. Third Ave., Suite 1500
Fort Lauderdale, FL 33301
Attorney for Space Exploration
Technologies Corp.
954-323-3823 Telephone
Served via electronic filing