1614463

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## DIVISION

### Case No. 6:20-CV-009900-WWBB-DCI

KAREN PAPPAS,

  Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES CORP d/b/a
SPACEX a foreign profit corporation
and THOMAS CHOI,

  Defendant.

_____/

### <u>DEFENDANT, THOMAS CHOI'S NOTICE OF JOINDER</u>

COMES NOW, Defendant, Thomas Choi by and through his undersigned counsel, and hereby files this Notice of Joinder and readopts SPACE EXPLORATION TECHNOLOGIES CORP d/b/a SPACEX's Notice of Removal [ECF No. 1] and as if fully set forth herein.

WHEREFORE, Thomas Choi prays that this action in the Eighteenth Circuit Court in and for Brevard County be removed to this Court.

DATED:  June 12, 2020        Respectfully submitted,


  /s/ Jeffrey A. Carter
Jeffrey A. Carter, Esquire
Florida Bar No.:  0090832
jcarter@conroysimberg.com
Conroy Simberg
Two South Orange Avenue, Suite 300
Orlando, FL 32801

CASE NO. 05-2016-CA-053532-XXXX-XX

(407) 649-9797
(407) 649-1968
Attorney for Defendant, Thomas Choi

CASE NO. 05-2016-CA-053532-XXXX-XX

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　/s/ Jeffrey A. Carter　　
Jeffrey A. Carter, Esquire
Florida Bar No.:  0090832
jcarter@conroysimberg.com
Conroy Simberg
Two South Orange Avenue, Suite 300
Orlando, FL 32801
(407) 649-9797
(407) 649-1968
Attorney for Defendant, Thomas Choi

CASE NO. 05-2016-CA-053532-XXXX-XX

**SERVICE LIST**

PAPPAS, KAREN V. THOMAS CHOI
Case No.
United States District Court, Middle District of Florida

Damian M. Fletcher, Esquire
Haldon L. Greenbureg, Esquire
DFletcher@tysonmendes.com;
hgreenburg@tysonmendes.com;
dwint@tysonmendes.com
Tyson and Mendes LLP
101 NE 3rd Ave. Suite 1500
Ft. Lauderdale, FL 33301
Attorney for Co-Defendant Space
Exploration Corp
Phone:  954-332-3823
Fax:
Email:  DFletcher@tysonmendes.com;
hgreenburg@tysonmendes.com;
dwint@tysonmendes.com
Served via electronic filing

Douglas R. Beam, Esquire
dougbeam@dougbeam.com;
Douglas R. Beam, P.A.
25 West New Haven Avenue
Suite C
Melbourne, FL 32901-4463
Attorney for Plaintiff
Phone:  (321) 723-6591
Fax:  (321) 723-5926
Email:  dougbeam@dougbeam.com;
Served via electronic filing