UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAREN PAPPAS,                                          CASE 6:20-CV-00900-WWB-DCI

      Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

      Defendants.
_____/

## JOINT MOTION TO ALLOW LATE FILING OF CASE MANAGEMENT REPORT

Plaintiff, Karen Pappas; Defendant, Space Exploration Technologies, Corp.; and Defendant, Thomas Choi, jointly file this their Motion to Allow Late Filing of Case Management Report, and as grounds state:

1.      This case was originally filed in State Court in 2017. On approximately May 27, 2020, Defendant, Space Exploration Technologies, Corp. ("SpaceX").

2.      On May 29, 2020, the Court issued a Related Case Order and Track Two Notice. Said Order required the parties to meet for a Case Management Conference within forty-five (45) days from the date of the removal. The parties had seven (7) days to file a Case Management Report after the date of the Case Management Conference.

3.      On July 13, 2020, the parties met for the Case Management Conference. The parties came to an agreement on all issues and completed a rough draft form of the Case Management Report.

4.      The Case Management Report was then put into final form and distributed to all parties on July 17, 2020.

5.      The parties were all in agreement with the subject Case Management Report; however, due to oversight by all parties, the Case Management Report was not submitted on July 20, 2020.

6.      As such, the parties respectfully request that they be allowed to file the Case Management Report one day late.  A copy of the subject Case Management Report is attached as Exhibit "A."

Wherefore, Plaintiff, Karen Pappas; Defendant, SpaceX; and Defendant, Thomas Choi, respectfully request the Court enter an Order allowing the parties to file the Case Management Report one day late.

Respectfully Submitted,

**DOUGLAS R. BEAM, ESQ.**
Douglas R. Beam, P.A.
25 West New Haven Avenue, Suite C
Melbourne, FL 32901-4463
Phone: (321) 723-6591
Fax: (321) 723-5926
eservice1@dougbeam.com
eservice2@dougbeam.com

Douglas R. Beam
Florida Bar 0515604
Lori M. Costa
Florida Bar No. 0014198
Counsel for Plaintiff

**DAMIAN M. FLETCHER, ESQ.**
Tyson& Mendes, LLP
101 N.E. Third Ave., Suite 1500
Fort Lauderdale, FL  33301
dfletcher@tysonmendes.com

Damian M. Fletcher
Florida Bar 0056499
Counsel for Defendant, SpaceX

**JEFFREY A. CARTER, ESQ.**
Conroy Simberg
Two South Orange Ave., Suite 300
Orlando, FL  32801
eservice@conroysimberg.com

/s/Jeffrey A. Carter
Jeffrey A. Carter
Counsel for Defendant, Choi
Florida Bar 0090832