UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KAREN PAPPAS,**

      **Plaintiff,**

v.                                                  **Case No: 6:20-cv-900-Orl-78DCI**

**SPACE EXPLORATION**
**TECHNOLOGIES CORP. and**
**THOMAS CHOI,**

      **Defendants.**

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 30). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before August 17, 2020.

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Page **1** of **1**