UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAREN PAPPAS,  CASE 6:20-CV-00900-WWB-DCI

    Plaintiff,

vs.

SPACE EXPLORATION TECHNOLOGIES
CORP. d/b/a SPACEX, a foreign profit
corporation, and THOMAS CHOI,

    Defendants.
_____/

## MEDIATION STIPULATION

The undersigned, as attorneys for each of the respective above-named parties stipulate and agree to the following matters for the Court to include in its Order for Mediation:

1. Pursuant to agreement by the parties, the Mediator shall be: J. Joaquin Fraxedas of Fraxedas Mediation whose address is 500 Winderly Place, #22, Maitland, FL 32751, telephone (407) 661-5757.

2. The parties agree that the Mediation Conference shall take place pursuant to the Order of Referral as follows:

    a.    Time:  9:30 a.m.

    b.    Date:  September 22, 2020

    c.    Place:  via Zoom (connection information to be provided by Mediator)

3. The parties further represent to the Court that the Mediator has been contacted and has agreed to the Mediation Conference, as scheduled and that arrangements have been made for the Mediation to occur at the time, date and place scheduled, hereinabove.

Agreement to the foregoing Mediation Stipulation is evidenced by the signing hereof by each of the parties.

Mediator's Hourly Fee: $585.00

Mediation Stipulation
*Karen Pappas v. Space Exploration Technologies Corp.*
*d/b/a SpaceX and Thomas Choi (6:20-CV-00900-WWB-DCI)*
Page 2 of 2

| /s/ Lori M. M. Costa  8/1182020 | /s/ Damian M. Fletcher  08/12/2020 |
|---|---|
| Attorneys for Plaintiff    DATED | Attorneys for Defendant SpaceX    DATED |

Douglas R. Beam
Florida Bar 0515604
Lori M. Costa
Florida Bar 0014198
Douglas R. Beam, P.A.
25 West New Haven Avenue, Suite C
Melbourne, FL 32901-4463
(321)723-6591
eservice1@dougbeam.com
eservice2@dougbeam.com

Damian M. Fletcher, Esq.
Florida Bar 56499
Tyson & Mendes, LLP.
101 NE 3rd Ave., Suite 1500
Fort Lauderdale, FL 33301
(954) 332-3823
dfletcher@tysonmendes.com
hgreenburg@tysonmendes.com
dwint@tysonmendes.com


/s/ Jeffrey A. Carter  DATED 8/14/2020
Attorneys for Defendant Choi
Jeffrey A. Carter, Esq.
Florida Bar 090832
Conroy Simberg
Two South Orange Ave., Suite 300
Orlando, FL 32801
(407) 649-9797
eservice@conroysimberg.com
jcarter@conroysimberg.com